FARLEY, Respondent, v. MONAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Thomas M. Farley against Hugh V.

Monahan. No opinion. Judgment and order of the County Court of Kings county affirmed, with costs.